IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL SHAWN ELKINS,

    Petitioner,

v.

KARL HELD, Supervisor,
SALLEY TESS, Regional Supervisor and
DENISE SYMON, Administrator,

    Respondents.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-170-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Michael Shawn Elkins for a writ of habeas corpus under 28 U.S.C. § 2254 for his failure to allege that his custody is the result of any violation of his rights under the United States Constitution or federal law.

_____       7/11/11
Peter Oppeneer, Clerk of Court                 Date